UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEMP, INC., <br><br>　　　　　　　Plaintiff(s), <br><br>v. <br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-01523-RFB-NJK <br><br> ORDER |

    This is a miscellaneous action regarding a discovery dispute. On September 26, 2014, the Court denied without prejudice the motion for protective order. Docket No. 3. That motion was never renewed and nothing remains to be resolved in this case. Accordingly, the Clerk's Office is INSTRUCTED to close this case.

    IT IS SO ORDERED.

    DATED: February 25, 2016

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge